**Thomas B. LOCKWOOD, as Executor of the last Will and Testament of Marion Birge Lockwood, Deceased, Plaintiff-Appellee, v. George T. McGOWAN, Collector of Internal Revenue for the Twenty-Eighth District of New York, Defendant-Appellant.**

No. 74.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1936.

George L. Grobe, U. S. Atty., of Buffalo, N. Y., Joseph J. Doran, Asst. U. S. Atty., of Rochester, N. Y., Robert H. Jackson, Asst. Atty. Gen., and Sewall Key, John M. Hudson, and Paul R. Russell, Sp. Assts. to Atty. Gen., for appellant.

·Burke & Desmond, of Buffalo, N. Y. (Thomas C. Burke, of Buffalo, N. Y., of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment (13 F.Supp. 966), affirmed on the authority of Porter v. Commissioner (C.C.A.) 60 F.(2d) 673.

**LOW JOE YOW v. UNITED STATES of America.**

No. 8414.

Circuit Court of Appeals, Ninth Circuit.

Jan. 4, 1937.

E. J. Botts, of Honolulu, T. H., for appellant.

I. M. Stainback, U. S. Atty., of Honolulu, T. H.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee to docket and dismiss above cause for failure of appellant to file record and docket cause, and good cause therefor appearing, ordered said motion granted, and that appeal in above cause be dismissed for failure of appellant to file record and docket cause, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.